JAMES DEWITT FAY, complainant and respondent,

*v.*

FRANCIS M. HERBERT et al., defendants and appellants.

[Submitted March 22d, 1915.    Decided June 14th, 1915.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported *ante p. 438.*

*Mr. William P. McMichael,* for the respondent.

*Mr. Halsted H. Wainright,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS —14.

*For reversal*—None.